**Order entered January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01209-CV

**E.F. JOHNSON COMPANY, Appellant**

**V.**

**INFINITY GLOBAL TECHNOLOGY F/K/A INFINITY GEAR AND TECHNOLOGY, LLC, ET AL., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14303-D**

## ORDER

We **GRANT** appellant/cross-appellee and appellee/cross-appellant's January 14, 2015, second joint motion to extend time to file briefs and **ORDER** the briefs be filed no later than January 23, 2015.


/s/    CRAIG STODDART
       JUSTICE